■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS ROMAN, Appellant. [923 NYS2d 850]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Firetog, J.), imposed December 4, 2009, pursuant to CPL 440.46, upon his conviction of criminal possession of a controlled substance in the third degree, upon his plea of guilty.

Ordered that the resentence is affirmed, without costs or disbursements.

We find no basis to disturb the resentence imposed (*see* CPL 440.46 [3]; *People v Delgado*, 80 NY2d 780, 783 [1992]; *People v Thompson*, 60 NY2d 513, 519 [1983]; *People v Suitte*, 90 AD2d 80, 85-86 [1982]).

The People's remaining contention is unpreserved for appellate review. Angiolillo, J.P., Dickerson, Belen and Sgroi, JJ., concur.